## 753  IN RE SCHULMAN PARTNERSHIPS SECURITIES LITIGATION

| | | |
|---|---|---|
| 88/01/15 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS & CERT. OF SERVICE -- Defts. Gerald L. Schulman, Gerald L. Schulman, d/b/a Schulman Management Company, GGL Financial Securities Corporation, Gary D. Schulman, Postal Management Services Company, Postal Management Services Corp., Sheldon Sisson, Baena Mar, S.A., Corporation Benghazi, S.A., Heredad Zafiros, S.A., 1167 Trust, Mahmoudi, S.A., Phillip November, Gilboa Corporation, Hochman, Salkin & DeRoy, P.C., Bruce I. Hochmann, Avram Salkin, George DeRoy and Martin N. Gelfand -- SUGGESTED TRANSFEREE COURT: CENTRAL DISTRICT OF CALIFORNIA (paa) |
| 88/01/26 | | APPEARANCES: KENNETH A. LIEBMAN, ESQ. for Bruce I. Hochman, Avram Salkin, George DeRoy, Martin N. Gelfand, HERBERT BEIGEL, ESQ. for Barry A. Morguelan, Phillip H. Furst, Melvin S. Cohen, M.D., & Neil Maslan, Sheldon Becker, Warren Becker & Leon Becker; MARK J. HULKOWER, ESQ. for Gerald L. Schulman d/b/a Schulman Management Company, GGL Financial Securites, Corporation, Gary D. Schulman, Postal Management Services, Postal Management Services Corp., Sheldon M. Sisson, Baena Mar, S.A., Corporation Benghazi, S.A., Heredad Zafiros, S.A., 1167 Trust, Mahmoudi, S.A., Phillip November & Gilboa Corporation. (paa) |
| 88/01/28 | | APPEARANCES: STEVEN M. PESNER, ESQ. for Hochman Salkin & Deroy, P.C.; CHERYL D. JUSTICE, ESQ. for Peat Marwick Main & Co.; G. MARTIN MEYERS, ESQ. for Harry Adams, et al. (paa) |
| 88/02/01 | | APPEARANCES: J. RANDOLPH HUSTON, ESQ. for Terry Lloyd. (tmq) |
| 88/02/01 | 2 | RESPONSE (to pldg. #1) -- Deft. Peat Marwick Main & Co. -- w/exhibit A, Brief and cert. of svc. (tmq) |
| 88/02/08 | 3 | RESPONSE (to pldg. #1) -- Pltfs. Morguelan, et al. v. Schulman, et al. 87 Civ 7736, S.D. New York -- w/cert. of svc. (tmq) |
| 88/02/08 | 4 | RESPONSE (to pldg. #1) -- Pltfs. Harry C. Adams, et al. -- w/cert. of svc. (tmq) |
| 88/02/08 | 5 | REQUEST FOR EXTENSTION OF TIME TO FILE REPLY -- GRANTED TO MOVANTS -- Extension of time to and including 2/16/88 for Reply. (tmq) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 753 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/02/10 |    | HEARING ORDER -- Setting motion to transfer for Panel Hearing in San Francisco, California on March 25, 1988 (rh) |
| 88/02/16 | 6 | REPLY -- Defendants Bruce I. Hochman, Avram Salkin, George DeRoy and Martin N. Gelfand (collectively "the Law Firm Defendants") -- w/cert. of svc. (tmq) |
| 88/02/17 | 7 | REPLY -- defts. Gerald L. Schulman; Gerald L. Schulman d/b/a Schulman Management Co.; GGL Financial Securities Corp.; Gary D. Schulman; Postal Management Services Co.; Postal Management Corp.; Sheldon M. Sisson; Baena Mar, S.A.; Corporation Benghazi' S.A.; Heredad Zafiros, S.A.; 1167 Trust; Mahmoudi, S.A.; Phillip November; and Gilboa Corp. -- w/Exhibit A and cert of service (cds) |
| 88/03/10 | 8 | INTERESTED PARTY RESPONSE -- pltfs. in Kim A. Reynolds, et al. v. Postal Management Servies Co., et al., E.D. Pa., C.A. No. 88-1536 -- w/Exhibits A-C and cert. of service (cds) |
| 88/03/16 | 9 | LETTER/RESPONSE -- Filed by Deft. Sheldon M. Sisson -- w/attachments and cert. of svc. (rh) |
| 88/03/17 | 10 | SUPPLEMENTAL REPLY -- defts. Gerald L. Schulman; Gerald L. Schulman d/b/a Schulman Management Co.; GGL Financial Securities Corp.; Gary D. Schulman; Postal Management Services Co.; Postal Management Corp.; Sheldon M. Sisson; Baena Mar, S.A.; Corporation Benghazi' S.A.; Heredad Zafiros, S.A.; 1167 Trust; Mahmoudi, S.A.; Phillip November; and Gilboa Corp. -- w/cert. of service (cds) |
| 88/03/21 | 11 | AMENDMENT TO MOTION -- Filed by Hochman, Salkin & DeRoy to include B-4 -- w/Brief, Schedule and cert. of svc. (rh) |
| 88/03/24 | 12 | LETTER -- signed by Robert McCoy, Esq., counsel for Barry Morguelan -- W/COPY OF S.D. NEW YORK ORDER (re A-2) and cert. of service (cds) |
| 88/03/25 |    | HEARING APPEARANCES: (For Hearing on 3/25/88 in San Francisco, California) -- MARK J. HULKOWER, ESQ. for Gerald L. Schulman, Gerald L. Schulman d/b/a Schulman Management Company, GGL Financial Securities Corp., Gary D. Schulman, Postal Management Services Company, Sheldon M. Sisson & Postal Management Services Corp.; KENNETH A. LIEBMAN, ESQ. for Bruce I. Hochman, Avram Salkin, George DeRoy, Martin N. Gelfand; STEVEN M. PESNER, ESQ. for Hochman, Salkin and DeRoy, P.C.; CHERYL D. JUSTICE, ESQ. for Peat Marwick Main & Co.; ROBERT G. McCOY, ESQ. for all plaintiffs in Morguelan, et al. & Becker, et al.; G. MARTIN MEYERS, ESQ. for all plaintiffs in Adams, et al.; DIANNE M. NAST, ESQ. for plaintiffs in Reynolds, et al. (paa) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 753 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/04/18 | 13 | LETTER -- A-2 Morguelan pltfs. -- supplemental information w/svc. (ds) |
| 88/05/04 | 14 | MOTION TO STAY ISSUANCE OF DECISION -- Movants Gerald L. Schulman, et al. and plaintiffs in all four actions -- w/cert. of service (cds) |
| 88/05/11 | | CONSENT LETTER -- signed by Judge Manuel L. Real -- For transfer of litigation to the Central District of California to the Hon. A. Andrew Hauk (rh) (Consent form rec'd/filed 6/3/88-pdh) |
| 88/05/11 | | TRANSFER ORDER -- transferring A-1, A-2, and B-4 to the Central District of California pursuant to 28 U.S.C. §1407 -- Motion to Stay (pldg. #14) was denied -- Notified invovled judges, clerks, counsel and misc. recipients (rh) |
| 88/05/11 | 15 | LETTER -- signed by defendant Sheldon M. Sisson -- w/cert. of service (cds) |
| 88/07/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-5 John Ash, et al. v. Gerald Schulman, et al., E.D. California, C.A. No. CIVS-88-686-EJG-EM -- Notified involved counsel and judges. (ds) |
| 88/08/01 | | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- plaintiffs in B-5 John Ash, et al. v. Gerald Schulman, et al., E.D. California, C.A. No. CIVS-88-686-EJG-EM -- Notified involved counsel and judges (cds) |
| 88/08/11 | 16 | WITHDRAWAL OF OPPOSITON TO CTO -- plaintiffs in B-5 John Ash, et al. v. Gerald Schulman, et al., E.D. California, C.A. No. CIVS-88-686-EJG-EM -- w/cert. of service (cds) |
| 88/08/16 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-5 John Ash, et al. v. Gerald Schulman, et al., E.D. California, C.A. No. CIV-88-686-EJG-EM -- Notified involved clerks and judges, and counsel (ds) |
| 90/07/23 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-5 John Ash, et al. v. Dean Witter Reynolds, et al., C.D. California, C.A. No. 88-5224-AAH (E.D. California, C.A. No. CIVS-88-686-EJG-EM) -- Notified involved counsel and judges (sg) |
| 90/08/08 | | CONDITIONAL REMAND ORDER FINAL TODAY -- B-5 John Ash, et al. v. Dean Witter Reynolds, et al., C.D. California, C.A. No. 88-5224-AAH (E.D. California, C.A. No. CIVS-88-686-EJG-EM) -- Notified involved clerks and judges (sg) |

JPML Form 1
Revised: 8/78

DOCKET NO. 753 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Schulman Partnerships Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 25, 1988 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 11, 1988 | TO | Unpublished | C.D. Californai | A. Andrew Hauk | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1  LISTING OF INVOLVED ACTIONS  Hon. A. Andrew Hauk
C.D. California

DOCKET NO. 753 -- IN RE SCHULMAN PARTNERSHIPS SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Harry C. Adams, et al. v. Alameda Investors, Inc., et al. | D. N.J. Bissell | 87-4386 | 5-11-88 | 88-2909-AAH | JS-6 10/3/91 | |
| A-2 | Barry Morguelan, et al. v. Gerald Schulman, et al. | N.Y.,S. Walker | 87-CIV-7736 (JMW) | 5-11-88 | 88-2910-AAH | JS-6 8/6/91 | |
| A-3 | Sheldon Becker, et al. v. Peat, Marwick & Main, et al. | Cal.,C. Wilson | 87-06773 SVW (Bx) | | | 1-31-91 D | |
| B-4 | Kim A. Reynolds, et al. v. Postal Management Services Company, et al. | E.D.Pa. Shapiro | 88-1536 | 5-11-88 | 88-2911-AAH | JS-6 8/6/91 | |
| B-5 | John Ash, et al. v. Dean Witter Reynolds, Inc., et al. 7/15/88 | E.D.Cal. Garcia | CIVS-88-686-EJG-EM | 8/16/88 | 88-5224-AAH | 1-31-91 D | |

July 1988 - 3 transferred 8/1/88

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XYZ-6 | Larry D. Delpit v. Peat Marwick & Main, et al. | C.D.Cal | CV-88-0961-AAH | | | 1-31-91 D | |
| XYZ-7 | Robert S. Roth, et al. v. Peat Marwick Main, et al. | C.D.Cal | CV-88-1543-AAH | | | 1-31-91 D | |
| XYZ-8 | Tays D Cool v. Peat Marwick & Main, et al. | C.D.Cal | CV-88-2883-AAH | | | 1-31-91 D | |
| XYZ-9 | Ainu Ltd. v. Gerald Schulman | C.D.Cal | CV88-6670-AAH | | | 10/2/89 D | |
| XYZ-10 | Edward Meyers v. Gerald Schulman | C.D.Cal | CV89-2619-AAH | — | — | 11/27/89 D | |

July 1989 - 1 tr/ 9 Pending

July 1991 - /XYZ/7 Dis /3 Rem/ 8

July 1992 - 3 Dism'd - Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 753 -- IN RE SCHULMAN PARTNERSHIPS SECURITIES LITIGATION

(REVISED 1/28/88)

---

HARRY C. ADAMS, ET AL.  (A-1)
G. Martin Meyers, Esquire
35 W. Main Street, Ste. 106
Denville, New Jersey  07834

BARRY MORGUELAN
NEAL MASLAN
PHILLIP FURST
MELVIN S. COHEN
SHELDON BECKER
WARREN BECKER
LEO BECKER          (A-2 & A-3)
Herbert Beigel, Esquire
Robert McCoy, Esquire
Biegel & Sandler
333 West Wacker Drive, Suite 650
Chicago, Illinois  60606

GERALD L. SCHULMAN
GERALD L. SCHULMAN D/B/A SCHULMAN
    MANAGEMENT COMPANY
GGL FINANCIAL SECURITIES CORPORATION
GARY D. SCHULMAN
POSTAL MANAGEMENT SERVICES COMPANY
POSTAL MANAGEMENT SEVICES CORP.

BAENA MAR, S.A.
CORPORATION BENGHAZI, S.A.
HEREDAD ZAFIROS, S.A.
1167 TRUST
MAHMOUDI, S.A.
PHILLIP NOVEMBER
GILBOA CORPORATION
Mark J. Hulkower, Esquire
Williams & Connolly
839 Seventeenth Street, N.W.
Washington, D.C.  20006

BRUCE I. HOCHMAN
AVRAM SALKIN
GEORGE DeROY
MARTIN N. GELFAND
Kenneth A. Liebman, Esquire
IRELL & MANELLA
1800 Avenue of the Stars
Suite 900
Los Angeles, California  90067

PEAT MARWICK MAIN & CO.
Cheryl D. Justice, Esquire
Gibson, Dunn, Crutcher
333 South Grand Avenue
Los Angeles, California  90071

HOCHMAN SALKIN & DeROY, P.C.
Steven M. Pesner, Esquire
Anderson Russell Kill & Olick, P.C.
666 Third Avenue, 10th Floor
New York, New York  10017

ALAMEDA INVESTORS, INC.
 (unable to determine counsel)

TERRY LLOYD
J. Joseph Connolly, Esq.
O'Neill & Lysaght
100 Wilshire BLvd., Suite 700
Santa Monica, California  90401

```
JPML FORM 4A -- Continuation
                                    Panel Attorney Service List -- p.  2

DOCKET NO.  753   --
```

KIM A. REYNOLDS, ET AL. (B-4)
Joseph C. Kohn, Esq.
Kohn, Savett, Klein & Graf
2400 C   Read      ter
1101 Market Stre
Philadelphia, PA  19107-2924

SHELDON SISSON (Pro Se)
20120 Greenbriar Dr.
Tarzana, CA  91356-5649

JOHN ASH, ET AL. (B-5)
John Viss, Esquire
Wohl & Eggleston
770 L Street
Suite 1020
Sacramento, CA  95812

DEAN WITTER REYNOLDS (DEFT. IN B-5)
Norman C. Hile, Esquire
Kenneth C. Mennemeier, Esquire
Orrick, Herrington & Sutcliffe
555 Capitol Mall, #1200
Sacramento, California  95814

WILLIAM BAXTER, PRO SE
Office of Prudential Bache
11211 Gold County Boulevard
Gold River Boulevard
Gold River, California  95670

JOHN K. BUTLER, INC.
JOHN K. BUTLER
John K. Butler, Pro Se
16209 East Whittier Boulevard
Whittier, California  90603

HARRY MARGOLIS
MARGOLIS, CHATZKY, DUNNETT
    & MUEHLRNBECK, INC.
MIDWAY, LTD.
WIDGON, LTD.
SQUAB, LTD.
HEXAGRAM
PARALIAX CORPORATION
Unable to determine counsel
  or address for above deft. in B-5

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 753 -- IN RE SCHULMAN PARTNERSHIPS SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| ALAMEDA INVESTORS, INC. | |
| ALQUAN FINANCE CO., B.V. | |
| AMERSUR RESEARCH CORP. | |
| BAENA MAR. SA | |
| BANCO DE IBEROAMERICA, S.A. | |
| BARCLAY'S KOL | |
| BERMUDA TRADERS, INC. | |
| BONDAD INVIERNO, S.A. | |
| CEREZA, S.A. | |
| CIA INTERNATIONAL MARI-MAR S.A. | |
| COCHEROS PERLAS, S.A. | |

| Name | |
|---|---|
| COGSWELL, JOHN | |
| CORPORATION BENGHAZI, SA | |
| CUALQUIER, SA | |
| DELGADO, SA | |
| GEORGE DeROY | |
| DESARROLLO MONTEVERDI, SA | |
| ESTATE OF HARRY MARGOLIS | |
| FABRICA, SA | |
| FINANCIERE MERIGNAN, S.A. | |
| GELFAND, MARTIN | |
| GILBOA CORPORATION | |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 753 __ IN RE SCHULMAN PARTNERSHIPS SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| HEXAGRAM (CURACAO), N.V. | |
| HOCHMAN, BRUCE I, | |
| HOCKMAN, SALKIN & DeROY, PC | B-4 |
| INVESTORS FIDUCIARY SERVICE CORP. | |
| INVERSIONES RIO FONSECA, SA | |
| ISLAND BANK | |
| 1167 TRUST | |
| MAHMOUDI, SA | |
| MANAGEMENT TRUST COMPANY INTERNATIONAL | |
| HARRY MARGOLIS | B-5 |
| MATIAROME, SA | |

p. 4

| Name | Notes |
|---|---|
| PHILIP NOVEMBER | |
| PARALLAX CORPORATION | |
| PICARO, S.A. | |
| PIEDRA, S.A. | |
| POSTAL MANAGEMENT SERVICES COMPANY | B-4, B-5 |
| POSTAL MANAGEMENT SERVICES CORP. | B-4, B-5 |
| RECUROSOS, S.A. | |
| RENUEVO, S.A. | |
| SALKIN, AVRAM | |
| SCHULMAN, GERALD L. | B-4, B-5 |
| SEABRIGHTLAND CORPORATION | |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 753 -- IN RE SCHULMAN PARTNERSHIPS SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| SHELDON SISSON | B-4, B-5 |
| TIKAL INVESTMENT CORPORATION | |
| VASTAGO LAGO, SA | |
| WALSUM, EVERD VAN | |
| HEREDAD ZAFIROS, SA | |
| WILLIAM BAXTER | B-5 |
| DEAN WITTER REYNOLDS, INC. | B-5 |
| JOHN K. BUTLER | B-5 |
| JOHN K. BUTLER, INC. | B-5 |
| HARRY MARGOLIS | B-5 |
| MARGOLIS, CHATZKY, DUNNETT & MUEHLENBECK, INC. | B-5 |

p. _____

| | |
|---|---|
| MIDWAY, LTD. | B-5 |
| WIDGON, LTD. | B-5 |
| SQUAB, LTD. | B-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |